JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA I. C., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. SACV 22-1745 AGR <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that Judgment is entered for the Plaintiff. The decision of the Commissioner is reversed for the period beginning February 1, 2019 and the matter is remanded for further proceedings consistent with this opinion.

DATED: November 21, 2023

_____
ALICIA G. ROSENBERG
United States Magistrate Judge