# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA IRENE COLETTO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 8:22-cv-01745-AGR<br><br>~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  December 11, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　THE HONORABLE ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-

1 Respectfully submitted,

2 LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3     /s/ *Brian C. Shapiro*
BY: _____
4     Brian C. Shapiro
    Attorney for plaintiff Francesca Irene Coletto

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26